# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOHN SHELLNUT,

    Plaintiff,

v.                                                  Case No: 5:22-cv-422-JSM-PRL

VOORTMAN COOKIE COMPANY,
USA, LLC and HOSTESS BRANDS
SERVICES, LLC,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of October, 2022.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record